IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| COLORADO ROCKIES TRUCKING, LLC, <br> Plaintiff, <br><br> vs. <br><br> ATG INSURANCE RISK RETENTION GROUP, INC., WINTER GROUP, INC., CONTINENTAL INSURANCE AGENCY, ARIZONA PREMIUM FINANCE COMPANY, INC., and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, <br> Defendants. | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 3:21-CV-00093 |

**DEFENDANT CERTAIN UNDERWRITERS
AT LLOYD'S, LONDON'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now Defendant CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and files this Notice of Removal, removing the State Court action described below, and in support therefore respectfully shows the Court as follows:

**I.
BASIS OF REMOVAL**

1. This removal is filed pursuant to 28 U.S.C. §1332(a) in that Defendant Certain Underwriters at Lloyd's, London asserts there is complete diversity between the parties thereby conferring federal question jurisdiction upon this Court. Defendant asserts the following facts and basis supporting removal, and in so doing expressly reserves all other questions for the purpose of future pleadings.

**II.
FACTS SUPPORTING REMOVAL**

2. Colorado Rockies Trucking, LLC ("Plaintiff") filed this action on or about October 23, 2020 against ATG Insurance Risk Retention Group, Inc. ("ATG"), Winter Group, Inc.

("Winter"), Continental Insurance Agency ("Continental"), Arizona Premium Finance Company, Inc. ("Arizona"), and Certain Underwriters at Lloyd's, London ("Defendant" or "Lloyd's") in the 149th Judicial District Court of Brazoria County, Texas, docketed under Cause No. 110160-CV (hereinafter referred to as the "State Court Action").[1] Plaintiff's State Court Action alleges multiple violations of the Texas Deceptive Trade Practices Act and the Texas Insurance Code, negligent misrepresentation, and breach of contract in connection with a claim made by Plaintiff arising from the August 16, 2019 theft of a 2012 Peterbilt Tractor, VIN Number 1XPXD49X6CD146022. *See, generally,* Exhibit A-1.

3. Plaintiff alleges to be a Limited Liability Company whose address is 1901 Cripple Creek Lane, Pearland, Texas 77581. According to the Texas Department of Motor Vehicles, the subject tractor was owned/registered by Agustin J. Garcia dba Colorado Rockies Trucking CRT, at 1901 Cripple Creek Ln., Pearland, Texas 77581.

4. Defendant ATG Insurance Risk Retention Group, Inc., Inc., as identified in Plaintiff's Original Petition, is alleged to be a foreign corporation, organized and existing under the laws of North Carolina, who could be served with process through its "local registered agent of the company, Guillermo G. Alarcon, at 1302 Washing Street, Laredo, Texas 78040."

5. Defendant Winter Group, Inc., as identified in Plaintiff's Original Petition, is alleged to be a foreign corporation, organized and existing under the laws of California, with its principal office and principal place of business located at 16935 W. Bernardo Dr., Suite 100, San Diego, California 92127.

---

[1] A true and correct copy of the State Court's File, together with the Docket Sheet and all process, pleadings, and orders in the State Court Action, are attached as Exhibits A and A-1 through A-9, respectively, to the Index of Matters Being Filed, which is being filed contemporaneously with this Notice of Removal.

6. Defendant Continental Insurance Agency, as identified in Plaintiff's Original Petition, is alleged to be a foreign corporation, organized and existing under the laws of Wisconsin. A search of the Wisconsin Department of Financial Institutions indicates Continental Insurance Agency, Inc. is a foreign corporation, organized and existing under the laws of Wisconsin, with its principal office located at 721 N. 4th Street, Watertown, Wisconsin 53098, and whose registered agent is June Wolter, 307 W. Milwaukee St., Watertown, WI 53094.

7. Defendant Arizona Premium Finance Company, Inc., as identified in Plaintiff's Original Petition, is alleged to be a foreign corporation organized and existing under the laws of Arizona. According to the Texas Secretary of State, Arizona Premium Finance Co., Inc. is an Arizona corporation with its principal office located at 12406 N. 32nd Street, Suite 110, Phoenix, Arizona.

8. The Underwriter is a Syndicate within the Lloyd's Market known as Syndicate 2001/MS Amlin Underwriters Limited ("Underwriter"). The Underwriter is a foreign company and a citizen of the United Kingdom. The Underwriter's principal place of business is located at The Leadenhall Building at 122 Leadenhall Street in London, United Kingdom, EC3V 4AG. The Underwriter has no names which are citizens of Texas. Accordingly, the Underwriter is a citizen of the United Kingdom for the Court's diversity jurisdiction over this matter.

9. Defendant ATG was purportedly served with Plaintiff's Original Petition on October 29, 2020. As of the filing of this Notice, no Answer or other appearance has been filed on Defendant ATG's behalf. *See* Exhibits A and A-6.

10. Attempted service of Plaintiff's Original Petition on Defendant Winter was returned unserved on November 20, 2020. As of the filing of this Notice, no Answer or other appearance has been filed on Defendant Winter's behalf. *See* Exhibits A and A-9.

11. Service of Plaintiff's Original Petition on Defendant Continental is identified as "Unserved" on the State Court Action's Docket Sheet. As of the filing of this Notice, no return of service (whether served or unserved), Answer, or other appearance has been filed on Defendant Continental's behalf. *See* Exhibit A.

12. Defendant Arizona was purportedly served with Plaintiff's Original Petition on October 30, 2020. As of the filing of this Notice, no Answer or other appearance has been filed on Defendant Arizona's behalf. *See* Exhibits A and A-8.

13. Defendant Lloyd's was purportedly served with Plaintiff's Original Petition on October 29, 2020. *See* Exhibits A and A-7. Undersigned counsel for Defendant Lloyd's agreed to accept service as of March 29, 2021. As of the filing of this Notice, no Answer or other appearance has been filed on Defendant Lloyd's behalf. *See* Exhibit A.

14. Based on the foregoing, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days from the date on which the removing Defendant was served with Plaintiff's Original Petition.

### III.
### CONSENT TO REMOVAL

15. At the time of the filing of this Notice of Removal, no Defendant has made an appearance or otherwise answered in the State Court action. *See* Exhibit A. Consequently, consent to this removal under 28 U.S.C. § 1446(b)(2)(A) is not necessary.

### IV.
### LAW SUPPORTING REMOVAL

16. Removal is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a); *Darden v. Ford Consumer Fin. Co.*, 200 F.3d 753, 755 (11th Cir. 2000). A

corporation is a citizen of both the state where it was incorporated and the state where it has its principal place of business. 28 U.S.C. §1332(c)(1).

17. Plaintiff alleges to be a citizen of the State of Texas and resident of Brazoria County, Texas.

18. Defendant ATG is alleged to be a foreign corporation organized under the laws of North Carolina. Defendant Winter is believed to be a foreign corporation, organized and existing under the laws of California, with its principal office and principal place of business in San Diego, California. Defendant Continental is believed to be a foreign corporation, organized and existing under the laws of Wisconsin, with its principal office located in Wisconsin. Defendant Arizona is believed to be a foreign corporation organized and existing under the laws of Arizona, with its principal office located in Phoenix, Arizona. Defendant Certain Underwriters at Lloyd's, London, is a foreign corporation with its principal office and principal place of business located in the United Kingdom. Accordingly, Defendants are not "citizens" of the State of Texas and do not have a principal place of business in the State of Texas.

19. Although Plaintiff has failed to identify the amount of damages it is seeking, it is reasonable to infer from Plaintiff's claims and allegations that the amount in controversy exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs, required to support federal jurisdiction under 28 U.S.C. § 1446(c)(2)(A). *See* Exhibit A-1, Sections H-N, pp. 7-10.

20. Pursuant to 28 U.S.C. § 1441(a), the District and Division where this action is pending is the U.S. District Court for the Southern District of Texas, Galveston Division, and Defendant Lloyd's properly seeks to remove this action to this Court.

## V.
## NOTICE PROVIDED TO STATE COURT

21. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice to Plaintiff of this removal and file a copy of this Notice of Removal with the Clerk of the District Court of Brazoria County, Texas.

## VI.
## CONCLUSION

22. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 and 1441(b) because it is an action based on diversity of citizenship and Defendant Lloyd's believes the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and cost.

## VII.
## PRAYER

WHEREFORE, Defendant CERTAIN UNDERWRITERS AT LLOYD'S, LONDON hereby removes this action from the 149th Judicial District Court of Brazoria County, Texas, to this Court.

Respectfully submitted,

SHEEHY, WARE & PAPPAS, P.C.

Steven O. Grubbs, Attorney-in-Charge
State Bar No. 00796683
SDTX No. 21932
J. Ross Broussard
State Bar No. 2407826
Federal ID No. 3509767
Two Houston Center
909 Fannin, Suite 2500
Houston, Texas 77010
(713) 951-1000 Telephone
(713) 951-1199 Facsimile
sgrubbs@sheehyware.com
rbroussard@sheehyware.com

~and~

Katarzyna (Kasia) Wiktoria Daniec
State Bar No. 24074109
Federal ID No. 3528500
112 East Pecan Street, Suite 450
San Antonio, Texas 78205
(726) 800–3001 Telephone
kdaniec@sheehyware.com

ATTORNEYS FOR DEFENDANT CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on the following counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 16th day of April 2021:

Douglas V. Colvin
7 West Way Ct., Suite D
Lake Jackson, Texas 77566
(979) 480-0087 Facsimile
dougcolvin@sbcglobal.net
*Attorney for Plaintiff*

_____
Kasia Daniec